UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case No. 8:23-cr-416-WFJ-CPT

ANTHONY NICOLETTI
_____/

COINBASE, INC.,

   Garnishee.
_____/

**O R D E R**

Before the Court is the United States's *Application for Writ of Garnishment* (Application) brought pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 and directed at Garnishee Coinbase, Inc. (Doc. 66).  In support of its Application, the government alleges that it holds an unsatisfied judgment against Defendant Anthony Nicoletti and that the Garnishee may be in possession of substantial nonexempt property belonging to Mr. Nicoletti.  *Id.*  The government includes with its Application a proposed Writ of Garnishment and a Clerk's Notice of Garnishment.  (Docs. 66-1, 66-2).

Upon due consideration of the matter, the Court finds that the government's Application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205. Accordingly, the government's Application is granted.  The Clerk of Court is directed

to issue the Writ of Garnishment and the Clerk's Notice of Garnishment. (Docs. 66-1, 66-2).

SO ORDERED in Tampa, Florida, this 17th day of December 2025.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record